**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BEN ANDERSON,** | Case No. 4:20-CV-6867-YGR |
| Plaintiff, | **ORDER EXTENDING TIME TO EFFECTUATE** |
| vs. | **SERVICE AND DIRECTING U.S. MARSHAL TO** |
| | **EFFECTUATE SERVICE** |
| **JOYCE D. HIENRICH, ET AL.,** | Re: Dkt. No. 24 |
| Defendants. | |

On September 25, 2020, plaintiff Ben Anderson, appearing pro se, filed a complaint in the Northern District of Illinois alleging violations of his civil rights by officials of Humboldt County. (Dkt. No. 1.) Consequently, the court in the Northern District of Illinois sua sponte ordered transfer of the case to this District. (Dkt. No. 6.) The court also granted plaintiff's motion to proceed *in forma pauperis* but denied his motion for attorney representation without prejudice because plaintiff did not show that he has made an effort to find representation on his own. (*Id.*)

On October 1, 2020, the case was transferred to this District and reassigned to the undersigned on March 1, 2021. (Dkt. Nos. 7, 19.) In the meantime, plaintiff had appealed the order of the Northern District of Illinois transferring the case, granting the motion to proceed *in forma pauperis*, and denying the motion for attorney representation. (Dkt. No. 16.) Though it is not clear which part of the order plaintiff appealed, the Ninth Circuit dismissed the appeal for lack of jurisdiction as the challenged order was neither final nor appealable. (Dkt. No. 20.)

Now pending before this Court is a motion for extension of time dated April 15, 2021. (Dkt. No. 24.) Plaintiff requests an additional month to prepare for a case management conference. (*Id.*) Although an initial case management conference had been set by this Court for April 26, 2021, it was subsequently vacated. (Dkt. Nos. 21, 23.) Accordingly, the Court **ORDERS** as follows:

1. Plaintiff's motion for an extension of time is **GRANTED** to the extent it seeks time to effectuate service.

2. The complaint having been found to comply with Title 28 USC § 1915, **IT IS FURTHER ORDERED** that the Clerk issue summons, and **IT IS FURTHER ORDERED** that the U.S. Marshal or the Clerk's Office for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, attachments, scheduling orders and other documents specified by the Clerk, plaintiff's affidavit and this order upon the defendant(s).

The Court advises plaintiff that the District Court has produced a guide for self-represented/*pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial. It is available electronically online (https://cand.uscourts.gov/wp-content/uploads/2020/02/Pro_Se_Handbook_2020_links.pdf).

The Court also advises plaintiff that assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. The Help Center's website is available at https://cand.uscourts.gov/legal-help.

**IT IS SO ORDERED.**

This Order terminates Docket Number 24.

Dated: **May 10, 2021**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**