**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BEN ANDERSON,**<br><br>    Plaintiff,<br><br>  vs.<br><br>**JOYCE D. HIENRICH, ET AL.,**<br><br>    Defendants. | Case No.: 20-CV-6867 YGR<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

On August 16, 2021, plaintiff was directed to respond to certain defendants' motions to dismiss no later than 21 days after the date of such Order, or September 7, 2021.  Otherwise, the action would be subject to dismissal for failure to prosecute.  (Dkt. No. 38.)  As of the date of this Order, plaintiff has not filed a response, nor has he filed any other documents in this matter since the action was transferred to this District on October 1, 2020.  (Dkt. No. 7.)  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.  All pending motions are terminated as moot.

  **IT IS SO ORDERED.**

Date: September 17, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**